1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  PAULA ANDRADE,              )
                                )   1:07-CV-1141 AWI DLB
14                              )
         Plaintiff,             )   STIPULATION AND ORDER
15                              )
    vs.                         )
16                              )
    COMMISSIONER OF             )
17  SOCIAL SECURITY,            )
                                )
18       Defendant.             )
    _____)
19

20      IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted a 3 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential

22  brief.  All remaining actions under the scheduling order filed, August 7, 2007, shall proceed

23  under the time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

1 | Dated:  February 7, 2008 /s/ Sengthiene Bosavanh

2 SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff.

3

4 | Dated: February 11, 2008 MCGREGOR SCOTT
United States Attorney

5

By: /s/ Theophous H. Reagans
6 (as authorized via facsimile/e-mail)
THEOPHOUS REAGANS
7 Assistant Regional Counsel

8

9

10

11     IT IS SO ORDERED.

12     **Dated:   February 14, 2008**        **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28