```
Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ANDRADE, <br><br>     Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security, <br><br>     Defendant. | 1:07-CV-1141 LJO DLB <br><br> STIPULATION AND ORDER TO DISMISS |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 3, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 8, 2008        /s/ Sengthiene Bosavanh

                          SENGTHIENE BOSAVANH, ESQ.
                          Attorney for Plaintiff

Dated: May 9, 2008
                          MCGREGOR SCOTT
                          United States Attorney

                          By: /s/ Theophous H. Reagans
                          (as authorized via email)
                          THEOPHOUS H. REAGANS
                          Assistant Regional Counsel

1       IT IS SO ORDERED.

2    **Dated:    June 4, 2008**                              **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE